**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6155**

MARCUS DANIEL ALLISON,

                Plaintiff - Appellant,

        v.

TOM MARTIN, County of Oconee SC by Atty; DEPUTY SOL DAVID
WAGNER, Oconee Co; CHIEF PUBLIC DEFENDER WILSON BURR, Oconee
Co; CORPORAL JARRETT PRICE, O.C.S.O.; SERGEANT CASEY
BOWLING, O.C.S.O.; JAMES SINGLETON, Retired Sheriff,
O.C.S.O.; ELIZABETH HOLCOMB, M.D. Lieber Correctional
Institution; jointly, individually and in their official
capacities,

                Defendants - Appellees,

        and

JOHN DOE, a/k/a Sheriff, O.C.S.O.; RON DOE, jointly; DON
DOE, jointly, individually and in their official capacities,

                Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   R. Bryan Harwell, District Judge.
(1:14-cv-00668-RBH)

Submitted:  May 21, 2015              Decided:  May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Daniel Allison, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Daniel Allison appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Allison's 42 U.S.C. § 1983 (2012) complaint. Allison also appeals the district court's subsequent text order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Allison v. Martin, No. 1:14-cv-00668-RBH (D.S.C. Nov. 24, 2014; Dec. 19, 2014). We further deny Allison's motion to appoint counsel and deny as unnecessary his motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED